UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEAN KARCH, et al.,

      Plaintiffs,

    vs.                                  CIV 05-0620 MCA/LFG

CITY OF ALBUQUERQUE,
a municipal corporation,

      Defendant.

## NOTICE OF SETTLEMENT BY CERTAIN PLAINTIFFS

The City, by and through its attorney, Paula I. Forney, hereby provides the names and corresponding Releases of the Plaintiffs which have settled and agreed to their dismissal with prejudice:

Alberta Bernal
Corine Montoya

*ELECTRONICALLY FILED*

Respectfully submitted,

CITY OF ALBUQUERQUE
Robert M. White
City Attorney

/s/ Paula I. Forney
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

I hereby certify that a true copy
of the foregoing was e-mailed to:

Shane C. Youtz
Stephen Curtice
Attorneys for majority plaintiffs
420 Central Avenue S.W.
Suite 210
Albuquerque, NM  87102
(505) 244-1200
shane@youtzvaldez.com


Paul Livingston
Attorney for minority plaintiffs
P.O. Box 250
Placitas, NM 87043
(505) 771-4000
living@rt66.com

on this 30th day of April, 2007.


/s/ Paula I. Forney
Assistant City Attorney