UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEAN KARCH,  et al.,

       Plaintiffs,

    vs.                         CIV 05-0620 MCA/LFG

CITY OF ALBUQUERQUE,
a municipal corporation,

       Defendant.

## **RELEASE OF CLAIMS & ACKNOWLEDGMENT OF SETTLEMENT**

I Corine Montoya, having received a check in the amount of $310.25,

which represents back wages less applicable deductions hereby release the City

of Albuquerque from any and all claims I had arising under the above-

referenced lawsuit and further agree to my dismissal with prejudice from this

litigation.

_____
Signature

_____
Printed Name

Dated:___4/19/07___

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEAN KARCH, et al.,

       Plaintiffs,

    vs.                         CIV 05-0620 MCA/LFG

CITY OF ALBUQUERQUE,
a municipal corporation,

       Defendant.

## RELEASE OF CLAIMS & ACKNOWLEDGMENT OF SETTLEMENT

I Alberta Bernal, having received a check in the amount of $310.25,

which represents back wages less applicable deductions hereby release the City

of Albuquerque from any and all claims I had arising under the above-

referenced lawsuit and further agree to my dismissal with prejudice from this

litigation.

_____
Signature

_____
Printed Name

Dated: 4-19-07