IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEAN KARCH, et al.

    Plaintiffs,

v.                                                                                          No. CV 05-620 MCA/LFG

CITY OF ALBUQUERQUE,

    Defendant.

### JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE

The parties, Plaintiffs Dean Karch, et al., by and through their counsel of record, Shane C. Youtz, Esq. and Paul Livingston, Esq., and Defendant City of Albuquerque, by and through its counsel of record, Assistant City Attorney Paula I. Forney, request that the Court dismiss the above-entitled cause against the City with prejudice. In support of this motion, the parties state that all issues between the parties have been resolved.

    Respectfully submitted,

    CITY OF ALBUQUERQUE
    Robert M. White
    City Attorney

    __/s/_____
    Paula I. Forney
    Assistant City Attorney
    P. O. Box 2248
    Albuquerque, New Mexico 87l03
    (505) 768-4500

    Edward W. Bergmann
    SEYFARTH SHAW
    Co-counsel for Defendant
    55 East Monroe Street, Suite 4200
    Chicago, IL  60603
    (312) 346-8000

<u>Received approval 08/31/07</u>
Shane C. Youtz
Counsel for Majority Plaintiffs
900 Gold Avenue SW
Albuquerque, New Mexico  87102
(505) 244-1200


<u>Received approval 09/04/07</u>
Paul Livingston
Counsel for Minority Plaintiffs
P.O. Box 250
Placitas, New Mexico 87043
(505) 771-4000